```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 06 B 10822
   TYRONE A JERRY
   ANGELA D JERRY                           CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-7851    SSN XXX-XX-5414

--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 08/31/2006 and was confirmed 11/29/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  55.00%.

     The case was dismissed after confirmation 01/30/2008.
--------------------------------------------------------------------------------
CREDITOR NAME             CLASS           CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                            PAID         PAID
--------------------------------------------------------------------------------
COUNTRYWIDE HOME LOANS I  CURRENT MORTG         .00           .00           .00
COUNTRYWIDE HOME LOANS    MORTGAGE ARRE    3115.62           .00       3115.62
TOYOTA MOTOR CREDIT       SECURED VEHIC    2850.00        205.12        632.94
TOYOTA MOTOR CREDIT       UNSECURED        7903.58           .00        341.05
RMI MCSI                  SECURED NOT I        .00           .00           .00
SALLIE MAE                SECURED NOT I        .00           .00           .00
VERIZON WIRELESS          SECURED NOT I        .00           .00           .00
INTERNAL REVENUE SERVICE  PRIORITY       NOT FILED           .00           .00
INTERNAL REVENUE SERVICE  UNSECURED         747.90           .00         32.27
ALLIED INTERSTATE         NOTICE ONLY    NOT FILED           .00           .00
AT & T BANKRUPCTY         UNSECURED      NOT FILED           .00           .00
CAPITAL ONE               UNSECURED      NOT FILED           .00           .00
FIRST EXPRESS             UNSECURED      NOT FILED           .00           .00
CITIBANK                  UNSECURED      NOT FILED           .00           .00
CITY OF CHICAGO PARKING   UNSECURED         566.96           .00         24.47
DEBT RECOVERY SOLUTION    NOTICE ONLY    NOT FILED           .00           .00
DIRECTV                   UNSECURED      NOT FILED           .00           .00
DISCOVER CARD             UNSECURED      NOT FILED           .00           .00
HSBC AUTO FINANCE         UNSECURED        5437.89           .00        234.65
I C COLLECTION SERVICE    NOTICE ONLY    NOT FILED           .00           .00
MASTER CARD               UNSECURED      NOT FILED           .00           .00
NCO FIN/99                NOTICE ONLY    NOT FILED           .00           .00
PEOPLES GAS & LIGHT       UNSECURED      NOT FILED           .00           .00
PROGRESSIVE MANAGEMENT S  UNSECURED      NOT FILED           .00           .00
RMI/MCSI                  UNSECURED         250.00           .00           .00
ISAC                      UNSECURED       25272.27           .00       1039.44
AT & T BANKRUPCTY         UNSECURED      NOT FILED           .00           .00
SEARS PAYMENT CENTER      UNSECURED      NOT FILED           .00           .00
SPIEGEL                   UNSECURED      NOT FILED           .00           .00
SPRINT PCS                UNSECURED      NOT FILED           .00           .00
GTE SPRINT                UNSECURED      NOT FILED           .00           .00
UNITED AUTO CREDIT        UNSECURED        3670.89           .00        158.41

                   PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 06 B 10822 TYRONE A JERRY & ANGELA D JERRY
```

```
UNIVERSITY OF CHIC PHYSI  UNSECURED      NOT FILED           .00           .00
VERIZON                   UNSECURED         270.52           .00           .00
B-LINE LLC                UNSECURED        3849.91           .00        166.13
GC SERVICES               NOTICE ONLY    NOT FILED           .00           .00
IRS                       NOTICE ONLY    NOT FILED           .00           .00
COUNTRYWIDE HOME LOANS    NOTICE ONLY    NOT FILED           .00           .00
*MACEY & ALEMAN           DEBTOR ATTY     2,574.00                    2,574.00
TOM VAUGHN                TRUSTEE                                       550.90
DEBTOR REFUND             REFUND                                            .00
```

Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                       RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------

```
TRUSTEE                        9,075.00

PRIORITY                                              .00
SECURED                                          3,748.56
   INTEREST                                        205.12
UNSECURED                                        1,996.42
ADMINISTRATIVE                                   2,574.00
TRUSTEE COMPENSATION                               550.90
DEBTOR REFUND                                         .00
                          ---------------    ---------------
TOTALS                         9,075.00          9,075.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
   Dated: 04/23/08              _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE